GEORGE FROST CO. v. SAMSTAG et al.

(Circuit Court, S. D. New York. June 10, 1902.)

1. PATENTS—INFRINGEMENT—HOSE SUPPORTERS.
    The Gorton patent, No. 552,470, for a hose supporter, *held* not infringed on a motion for a preliminary injunction.

In Equity. Suit for infringement of letters patent No. 552,470, issued to Robert Gorton December 31, 1895, for a hose supporter. On motion for preliminary injunction.

Charles Neave, for complainant.
J. Edgar Bull, for defendant.

LACOMBE, Circuit Judge. In the supporters made by the defendants the buttons have metallic shanks, uncovered by rubber or any other material, which shanks engage with uncovered metallic loops. It would be expanding the patent beyond the construction given to it in Judge Coxe's opinion in the earlier case to hold that such a device infringes the claims, and the court is unwilling thus to expand it upon motion for preliminary injunction.

The motion is denied.